UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LIMBACH COMPANY LLC<br>10110 Senate Drive<br>Lanham, Maryland 20706 | * | CASE NO. _____ |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | |
| | * | |
| TARGET DEVELOPMENT<br>CORPORATION<br>2233 Wisconsin Avenue<br>Washington, D.C. 20007<br>SERVE ON: CAPITOL CORPORATE<br>SERVICES, INC.<br>1090 Vermont Avenue, N.W., Suite 910<br>Washington, D.C. 20005 | *<br><br>*<br><br>* | |
| | * | |
| Defendant | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## COMPLAINT

Plaintiff Limbach Company LLC ("Limbach"), by its undersigned counsel, sues Target Development Corporation ("Target"), stating as follows:

### THE PARTIES

1. Limbach is a limited liability company duly organized and existing under the laws of the State of Delaware with its principal office in Pittsburgh, Pennsylvania. Limbach is qualified to do business in the District of Columbia.

2. Upon information and belief, Target Development Corporation ("Target") is a District of Columbia corporation with its principal place of business in Washington, D.C.

## JURISDICTION AND VENUE

3. Subject matter jurisdiction exists in this Court pursuant to 28 U.S.C. § 1332 because there is complete diversity of citizenship among the parties and the amount in controversy, exclusive of interest and costs, exceeds $75,000.

4. Personal jurisdiction exists in this Court because the contract giving rise to the dispute was performed in the District of Columbia and Target is located in the District of Columbia.

## FACTUAL BACKGROUND

5. On or about June 7, 2000, Target entered into a construction contract with the government of the Arab Republic of Egypt, Ministry of Defense to construct a building and/or improvements to a building referred to as the Residence for Military Attache for Egyptian Defense Office, Phase II (the "Project").

6. In or about February, 2001, Target, as general contractor, and Limbach, as subcontractor, entered into a contract (hereafter the "Subcontract") whereby Limbach agreed to provide electrical installations and fire alarms for the Project.

7. Limbach performed the original Subcontract work and substantial additional change order work at the request of Target, resulting in a final Subcontract value of $975,696.

8. Upon information and belief, the owner of the Project has accepted all of the work performed by Limbach on the Project.

9. The owner of the Project is a foreign sovereign, and as a result, Limbach cannot impose a mechanic's lien upon the property improved by its work.

10. Target has a special duty to protect the interest of Limbach and to secure prompt payment of the amounts due under the Subcontract.

## COUNT I
### (Breach of Contract)

11. Limbach incorporates by reference paragraphs 1 through 10 of this Complaint as if fully set forth herein.

12. Limbach provided goods and services to the Project from February, 2001 through March of 2004 in accordance with the terms of the Subcontract.

13. Limbach has complied with the terms of the Subcontract and its work has been accepted by Target and the owner.

14. Target has failed to make all payments due to Limbach and a current balance of $137,000 remains outstanding.

15. Despite demand for payment and full performance by Limbach, Target has failed to pay Limbach the balance owed to it.

WHEREFORE, Limbach Company LLC demands judgment against Target Development Corporation in the amount of $137,000 and the cost of this action, and requests such other and further relief as may be justified.

*Cynthia E. Rodgers-Waire*
Cynthia E. Rodgers-Waire
D.C. Bar No. 444095
Robert F. Carney
D.C. Bar No. 436999
Whiteford, Taylor & Preston, LLP
7 Saint Paul Street
Baltimore, Maryland 21202
410-347-8700

Attorneys for Limbach Company LLC

1611393