U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Limbach Company, LLC

vs.

Target Development Corporation

No. 1:05-CV-01571

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

   I, DANIEL F. PORTNOY, having been duly authorized to make service of the Summons, Notice of Right to Consent to Trial Before a United States Magistrate Judge, Initial Electronic Case Filing Order, Civil Cover Sheet, and Complaint in the above entitled case, hereby depose and say:

   That my date of birth / age is 11-26-1971.

   That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

   That service was made by a private process server.

   That I am not a party to or otherwise interested in this suit.

   That at 10:45 am on August 26, 2005, I served Target Development Corporation c/o CorpAssist, Inc., Registered Agent at 1090 Vermont Avenue, Suite 910, Washington, DC 20005 by serving C. Brooks Ferrett, Paralegal, authorized to accept. Described herein:

   SEX- MALE
   AGE- 40
   HEIGHT- 5'9"
   HAIR- BLACK
   WEIGHT- 180
   COLOR- WHITE

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  08-29-05
             Date

DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 157562