UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIMBACH COMPANY LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TARGET DEVELOPMENT CORPORATION, )<br>)<br>)<br>Defendant. )<br>) | Case No. 1:05CV01571<br>Judge James Robertson<br>Deck Type: Contract |

### TARGET DEVELOPMENT CORPORATION'S ANSWER

COMES NOW the Defendant Target Development Corporation ("Target"), by and through its undersigned counsel, for its Answer to the Complaint of the Plaintiff, Limbach Company LLC ("Limbach"), and avers as follows:

#### First Defense

The Complaint fails to state a cause of action on which relief may be granted.

#### Second Defense

The Plaintiff failed to satisfy the conditions precedent to maintain the instant action.

#### Third Defense

The Plaintiff's claim is barred by its own breaches of the contract.

#### Fourth Defense

The Plaintiff's claim is barred by waiver.

#### Fifth Defense

The Plaintiff's claim is barred by accord and satisfaction.

Law Offices
LEONARD A. SACKS &
ASSOCIATES, P.C.
ONE CHURCH STREET
SUITE 303
ROCKVILLE, MARYLAND 20850

TEL: (301) 738-2470
FAX: (301) 738-3705

### Sixth Defense

The Plaintiff's claim is barred, in whole or in part, by release.

### Seventh Defense

The Defendant reserves the right to supplement these defenses as discovery uncovers other potential defenses.

### Eighth Defense

The Plaintiff fails to state a factual or legal basis upon which the claim for costs can be granted.

### Ninth Defense

Answering each of the numbered paragraphs of the Complaint, the Defendant, Target, states as follows:

1. For lack of information and belief, Target can not admit or deny the allegations of Paragraph 1 and therefore denies same and demands strict proof thereof.

2. Target denies the allegations of Paragraph 2 and states further that it is a Maryland corporation and is registered to do business in the District of Columbia.

3. Jurisdiction is a question for the Court and denies the allegations of Paragraph 3 and demands strict proof thereof.

4. Personal jurisdiction is a question for the Court and denies the allegations of Paragraph 4 and demands strict proof thereof.

5. Target admits the allegations of Paragraph 5.

Law Offices
LEONARD A. SACKS &
ASSOCIATES, P.C.
ONE CHURCH STREET
SUITE 303
ROCKVILLE, MARYLAND 20850

TEL: (301) 738-2470
FAX: (301) 738-3705

2

6. Target admits that it entered into the Subcontract, but avers that the best evidence of the terms and conditions is the document itself and denies any allegations of Paragraph 6 that are inconsistent therewith.

7. Target admits that Limbach performed work, but denies that the final subcontract price was $975,696.

8. Target denies the allegations of Paragraph 8.

9. Upon information and belief, Target admits the allegations of Paragraph 9.

10. Target denies the allegations of Paragraph 10.

## COUNT I
### (Breach of Contract)

11. Target adopts and incorporates its responses to Paragraphs 1 through 10 as if fully restated herein as Paragraph 11.

12. Target admits that it entered into the Subcontract, but avers that the best evidence of the terms and conditions is the document itself and, Target is not aware of the dates between which goods and services were provided and therefore, denies any allegations of Paragraph 12 and demands strict proof thereof.

13. Target admits that Limbach performed work, but avers that it was late in completion of its work and the owner has not fully and finally accepted the work.

14. Target admits the allegations of Paragraph 14, and states further that the claimed amount due is disputed due to the inclusion of charges that were not approved and are overstated for the work performed.

Law Offices
LEONARD A. SACKS &
ASSOCIATES, P.C.
ONE CHURCH STREET
SUITE 303
ROCKVILLE, MARYLAND 20850

TEL: (301) 738-2470
FAX: (301) 738-3705

15. Target denies the allegations of Paragraph 15 and states further that the terms and conditions of performance are defined by the Subcontract which is the best evidence of its terms and conditions; Target denies any allegations of Paragraph 15 that are inconsistent therewith.

WHEREFORE, Target Development Corporation submits that the Complaint should be dismissed with prejudice and that it be awarded its costs.

Respectfully submitted by,

/s/
Leonard A. Sacks, Esq., DCB 150268
Leonard A. Sacks & Associates, P.C.
One Church Street • Suite 303
Rockville, Maryland 20850
(301) 738-2470

*Counsel for Target Development Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Answer was sent this 14th day of September 2005 to Cynthia E. Rodgers-Waire, Esq. and Robert F. Carney, Esq., Whiteford, Taylor & Preston, LLP, Seven Saint Paul Street, Baltimore, Maryland 21202.

/s/
Leonard A. Sacks

Law Offices
LEONARD A. SACKS &
ASSOCIATES, P.C.
ONE CHURCH STREET
SUITE 303
ROCKVILLE, MARYLAND 20850

TEL: (301) 738-2470
FAX: (301) 738-3705