UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LIMBACH COMPANY LLC | * | CASE NO. 05-01571 |
| Plaintiff | * | |
| v. | * | |
| TARGET DEVELOPMENT CORPORATION | * | |
| | * | |
| Defendant | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**LIMBACH COMPANY LLC's CERTIFICATE OF DISCLOSURE OF
CORPORATE AFFILIATES AND FINANCIAL INTERESTS**

Certificate required by LCvR 7.1 of the Local Rules of the United States District

Court for the District of Columbia:

I, the undersigned, counsel of record for Limbach Company LLC ("Limbach"),

certify that to the best of my knowledge and belief, there are no parent companies,

subsidiaries or affiliates of Limbach that have any outstanding securities in the hands of

the public.  These representations are made in order that the judges of this Court may

determine the need for recusal.

/s/
Cynthia E. Rodgers-Waire
D.C. Bar No. 444095
Whiteford, Taylor & Preston, LLP
7 St. Paul Street
Baltimore, Maryland  21202
410-347-8723

Attorney for Plaintiff LIMBACH
COMPANY LLC


**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY, that on this 26th day of September, 2005, a copy of the

foregoing Certificate of Disclosure of Corporate Affiliations and Financial Interests was

sent by electronic and/or first class mail, postage prepaid, to:

> Leonard A. Sacks, Esquire
> Leonard A. Sacks & Associates, P.C.
> One Church Street, Suite 201
> Rockville, Maryland  20850


/s/
Cynthia E. Rodgers-Waire


1641020

2