UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **LIMBACH COMPANY LLC** | * | |
| Plaintiff, | * | |
| v. | * | Case No. 1:05cv01571 |
| | | Judge James Robertson |
| **TARGET DEVELOPMENT CORPORATION** | * | Deck Type: Contract |
| | * | |
| Defendant. | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### ENTRY OF APPEARANCE

The Court will kindly enter the appearance of Jane Saindon Dudley (Virginia Bar No. 459595) of Whiteford, Taylor & Preston, LLP as additional counsel on behalf of Plaintiff Limbach Company LLC.

Respectfully submitted,

**LIMBACH COMPANY LLC**

By Counsel

  /s/ Jane Saindon Dudley
Cynthia E. Rodgers-Waire (#444095)
Robert F. Carney (#436999)
Whiteford, Taylor & Preston, LLP
7 Saint Paul Street
Baltimore, Maryland 21201
(410) 347-8700

Jane Saindon Dudley (#459595)
Whiteford, Taylor & Preston L.L.P.
1025 Connecticut Avenue, N.W., Suite 400
Washington, D.C. 20036
(202) 659-6800
(202) 331-0573 (facsimile)

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of September, 2005, a copy of the foregoing was sent via first-class mail postage prepaid, to:

Leonard A. Sacks, Esquire
Leonard A. Sacks & Associates, P.C.
One Church Street
Suite 303
Rockville, Maryland 20850

　　　　　　　　　　　　　　　　　　　　　　　　　　／s/ *Jane Saindon Dudley*

*179047*