UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LIMBACH COMPANY LLC | * | CASE NO. 05-01571 |
| Plaintiff | * | |
| v. | * | |
| TARGET DEVELOPMENT CORPORATION | * | |
| | * | |
| Defendant | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## JOINT MOTION TO EXTEND DEADLINES

Limbach Company LLC ("Limbach") and Target Development Corporation ("Target"), by and through their respective undersigned counsel, move the Court for a brief extension of pre-trial deadlines to effectuate a settlement agreement reached by he parties, stating as follows:

1.   An initial status conference was held in this matter on September 29, 2005.

2.   At that time, the parties disclosed to the Court they were in active settlement negotiations. As a result of that disclosure, the Court allowed the parties a 30-day extension to submit a joint proposed discovery schedule.

3.   The parties have reached a settlement agreement whereby Target agrees to make a lump sum payment to Limbach on or before November 15, 2005. Upon receipt of that payment, Limbach intends to dismiss this case with prejudice. Accordingly, the parties request an additional three week extension of time to submit a

joint proposed discovery schedule to allow sufficient time for the settlement to be consummated.

WHEREFORE, Limbach Company LLC and Target Development Corporation respectfully request an extension of time until November 21, 2005 to file their joint proposed discovery schedule.

/s/
Cynthia E. Rodgers-Waire
D.C. Bar No. 444095
Whiteford, Taylor & Preston, LLP
7 St. Paul Street
Baltimore, Maryland  21202
410-347-8723

Attorney for Limbach Company LLC

/s/
Leonard A. Sacks, Esquire
Leonard A. Sacks & Associates, P.C.
One Church Street, Suite 201
Rockville, Maryland  20850

Attorney for Target Development Corporation

1645869