UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LIMBACH COMPANY LLC | * | CASE NO. 05-01571 |
| Plaintiff | * | |
| v. | * | |
| TARGET DEVELOPMENT CORPORATION | * | |
| | * | |
| Defendant | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

UPON consideration of the Joint Motion to Extend Deadlines (the "Joint Motion") filed by Limbach Company LLC and Target Development Corporation, the same having been read and considered, it is by the United States District Court for the District of Columbia this _____ day of _____, 2005

ORDERED that the Joint Motion is hereby GRANTED; and it is

FURTHER ORDERED that the deadline for the parties to submit their joint proposed discovery schedule is hereby extended from October 31, 2005 to November 21, 2005 in order to allow the parties to finalize their settlement.

_____
JUDGE

c.c.   Cynthia E. Rodgers-Waire, Esquire
       Whiteford, Taylor & Preston, LLP
       7 St. Paul Street
       Baltimore, Maryland  21202

Leonard A. Sacks, Esquire
Leonard A. Sacks & Associates, P.C.
One Church Street, Suite 201
Rockville, Maryland  20850

1645889