**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LIMBACH COMPANY LLC, | : |
| | : |
|     Plaintiff, | : |
| | : |
| v. | : Civil Action No. 05-1571 (JR) |
| | : |
| TARGET DEVELOPMENT CORPORATION, | : |
| | : |
|     Defendant. | : |

## ORDER

The Court having been informed by counsel that the case has settled, it is **ORDERED** that the case is dismissed.


                                            JAMES ROBERTSON
                               United States District Judge